IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:11-CR-337-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(5) RONALD CLEMENCEAU HARGETTE )<br>(6) SANDRA ANITA LANDERS, )<br>    also known as "Deandra Anita Sanders," )<br>    also known as "Danyell Mane Hunter" )<br>_____ ) | **ORDER TO UNSEAL INDICTMENT** |

**UPON MOTION** of the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, for an Order directing that the Bill of Indictment numbered above and arrest warrant be unsealed as to these two Defendants,

**IT IS HEREBY ORDERED** that the Bill of Indictment be unsealed as to these two Defendants only.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

Signed: November 21, 2011

_____
David C. Keesler
United States Magistrate Judge

SEALED DOCUMENT with access to Specified Parties/Plaintiff