UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Docket No. 3:11-cr-337-RJC |
| ) | |
| v. ) | *UNDER SEAL* |
| ) | |
| (4) ANTHONY SILVA ALEGRETE *et al* ) | **ORDER UNSEALING INDICTMENT** |

UPON MOTION of the United States of America for an order directing that the Bill of Indictment be unsealed,

IT IS HEREBY ORDERED that the Bill of Indictment be unsealed,

IT IS FURTHER ORDERED that the various sealing and unsealing motions and orders remained sealed until further order of this Court.

The Clerk is directed to email a copy of the order to Assistant U.S. Attorney Steven R. Kaufman at Steven.Kaufman@usdoj.gov.

SO ORDERED this 28rd day of January 2013.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE